David F. Watkins Jr., Esquire (*pro hac vice*)
KEENAN COHEN & HOWARD P.C.
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
Telephone: (215) 609-1110
Facsimile: (215) 609-1117

*Attorneys for Defendant*
*Norfolk Southern Railway Company*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02 MAR 2010
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HARTFORD FIRE INSURANCE CO, a/s/o MUELLER ELECTRIC COMPANY / MAUI SANDS BRIGHTON HOTELS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DE WELL CONTAINER SHIPPING CORP., MAERSK STEAMSHIP LINES, M/V MAERSK KAWASAKI V. 0808, her engines, boilers, etc., WORLDWIDE EXPRESS, INC., NORFOLK SOUTHERN RAIL CORP., RGL EXPRESS, INC. AND XYZ CORP.,<br><br>　　　　　　　Defendants. | NO. 1:09-cv-7354 (LTS)<br><br>**JUDGE SWAIN**<br><br>**UNOPPOSED MOTION FOR COUNSEL FOR NORFOLK SOUTHERN RAILWAY COMPANY TO APPEAR BY TELEPHONE AT THE INITIAL PRE-TRIAL SCHEDULING CONFERENCE** |

**MEMO ENDORSED**

Defendant Norfolk Southern Railway Company ("Norfolk Southern") respectfully requests leave from this Court to appear at the Initial Pre-Trial and Scheduling Conference set February 26, 2010 at 9:45 a.m. in New York, New York, by telephone. Counsel for Norfolk Southern is located outside of the New York metropolitan area in Jenkintown, Pennsylvania. Counsel for all parties have been consulted and has no opposition to this motion. Should the Court grant this motion, counsel for Norfolk Southern will initiate the telephone call and contact the Court at the appropriate time, using a phone number provided by the Court.

*Motion granted.*

SO ORDERED.

NEW YORK, NY
Feb 25, 2010

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**KEENAN COHEN & HOWARD P.C.**

By:   /s/ David F. Watkins Jr.
David F. Watkins Jr., Esquire (*pro hac vice*)
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
Telephone: (215) 609-1110
Facsimile: (215) 609-1117

**OF COUNSEL**

John Hoeflinger
**KELLY, RODE & KELLY**
330 Old County Road, Suite 305
Mineola, NY 11501
Telephone:   (516) 739-0400
Facsimile:   (516) 739-0431

Dated: February 23, 2010

Attorneys for Defendants
Norfolk Southern Railway Co.